|  |  |
|---|---|
| **CAREY** | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| **Plaintiff(s)** |  |
|  | Hon. Jose L. Linares |
| -vs- | Civil Action No. 08-0639  (JLL) |
|  |  |
| **JOHNSON & JOHNSON et al** | ORDER |
|  |  |
| **Defendant(s)** |  |

**IT IS** on this 5th day of June, 2008

**ORDER** rescheduling the Rule 16 telephone conference from July 7, 2008 at 11:30 a.m. (per the parties' request) to **July 14, 2008 at 2:00 p.m.**  Plaintiff shall initiate the telephone call.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File